UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS DELUCA,

                Plaintiff,

- against -

LEICA MICROSYSTEMS INC.,

                Defendant.

23-cv-607 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by June 6, 2023.

SO ORDERED.

Dated:    New York, New York
            May 23, 2023

                                      John G. Koeltl
                                  United States District Judge