```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------

NICHOLAS DELUCA,

                Plaintiff,

                                    23-cv-607 (JGK)

   - against -

                                    ORDER

LEICA MICROSYSTEMS INC.,

                Defendant.

-----------------------------------------

JOHN G. KOELTL, District Judge:

    The time for the parties to submit a Rule 26(f) report is extended to **July 7, 2023**. The initial pretrial conference scheduled for June 30, 2023 is **canceled**.

SO ORDERED.

Dated:    New York, New York
            June 6, 2023

                                          /s/ John G. Koeltl
                                          John G. Koeltl
                                  United States District Judge