```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

NICHOLAS DELUCA,

                Plaintiff,

- against -

LEICA MICROSYSTEMS INC.,

                Defendant.

23-cv-607 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    On August 28, 2023, this Court was notified that a mediation conference scheduled for July 18, 2023, in this case was not held. The parties were required to report to the Court on the status of the mediation by September 12, 2023. To date, no such status report has been filed.

    The parties are directed to report to the Court on the status of the mediation by **September 22, 2023.**

**SO ORDERED.**

Dated:    New York, New York
            September 15, 2023

                                            /s/ John G. Koeltl
                                            John G. Koeltl
                                        United States District Judge